VIRGINIA IRELAND BARCUS, respondent,

*v.*

BENJAMIN BLANCHARD et al., appellants.

[Decided April 19th, 1945.]

*Mr. Grover C. Richman,* for the respondent.

*Messrs. Bleakly, Stockwell & Zink,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Woodruff, and reported at *135 N. J. Eq. 533.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, WELLS, RAFFERTY, THOMPSON, DILL, JJ.    13.

*For reversal*—None.